469

Submitted May 4, reversed June 13, 2012

In the Matter of J. G.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

J. G.,
*Appellant.*

Wasco County Circuit Court
1000011MC; A147733

280 P3d 1042

Victoria K. Moffet filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Pamela J. Walsh, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Judge, and Duncan, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of an order committing her to the custody of the Mental Health Division on the grounds that, because of a mental disorder, appellant was dangerous to herself and others. ORS 426.130; ORS 426.005(1)(e)(A). She contends that the state failed to establish by clear and convincing evidence that she presented a danger to herself or to others. The state concedes that the evidence is legally insufficient to support involuntary commitment. We agree and accept the state's concession; accordingly, we reverse.

Reversed.